UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| KINGTOM ALUMINIO S.R.L., | : | |
| | : | |
| Plaintiff, | : | Before: Richard K. Eaton, Judge |
| | : | |
| v. | : | Court No. 22-00079 |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

|  |  |  |
|---|---|---|
| INDUSTRIAL FELICIANO ALUMINUM, INC., | : | |
| J.L. TRADING CORP., AND PUERTAS Y | : | |
| VENTANAS, JM, INC., | : | |
| | : | |
| Plaintiffs, | : | Before: Richard K. Eaton, Judge |
| | : | |
| v. | : | Court No. 22-00076 |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

Before the court are the consent motions to consolidate the above-captioned cases under Court No. 22-00079 of Kingtom Aluminio S.r.L., Plaintiff in Court No. 22-00079, ECF No. 12, and by Industrial Feliciano Aluminum, Inc., J.L. Trading Corp., and Puertas y Ventanas, JM, Inc., Plaintiffs in Court No. 22-00076, ECF No. 11. Upon consideration of the motions, and all other pertinent papers, it is hereby

**ORDERED** that the motions are granted; and it is further

**ORDERED** that Court No. 22-00079 and Court No. 22-00076 are consolidated under the

Court Nos. 22-00079, 22-00076
Page 2

lead case, Court No. 22-00079.


                                                    _____/s/ Richard K. Eaton_____
                                                              Judge


Dated: May 2, 2022
        New York, New York